[No. 14676-9-I. Division One. January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN KERRY STYLES, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 83-1-00239-6, Walter J. Deierlein, Jr., J.,

entered April 6, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Coleman, JJ.